**NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER**

**Electronically Filed
Intermediate Court of Appeals
CAAP-20-0000426
09-APR-2021
09:02 AM
Dkt. 45 OAWST**

NO. CAAP-20-0000426

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

SHELDON SOUZA, Petitioner-Appellant, v.
JOELLE SOUZA, Respondent-Appellee

APPEAL FROM THE FAMILY COURT OF THE FIFTH CIRCUIT
(FC-DA NO. 20-1-0082)

ORDER APPROVING STIPULATION TO DISMISS APPEAL
(By:  Hiraoka, Presiding Judge, Wadsworth and Nakasone, JJ.)

Upon consideration of the Stipulation to Dismiss Appeal, filed February 25, 2021, by Petitioner-Appellant Sheldon Souza, the papers in support, and the record, it appears that (1) the appeal has been docketed; (2) pursuant to Hawaiʻi Rules of Appellate Procedure Rule 42(b), the parties stipulate to dismiss the appeal; and (3) the Stipulation to Dismiss Appeal is dated and signed by counsel for all parties appearing in the appeal.

Therefore, IT IS HEREBY ORDERED that the Stipulation to Dismiss Appeal is approved, and the appeal is dismissed.

DATED:  Honolulu, Hawaiʻi, April 9, 2021.

/s/ Keith K. Hiraoka
Presiding Judge

/s/ Clyde J. Wadsworth
Associate Judge

/s/ Karen T. Nakasone
Associate Judge